```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JENA A. MACCABE (Cal. Bar No. 316637)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5046
 7       Facsimile: (213) 894-0141
         E-mail:    jena.maccabe@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-01494-DUTY |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| EUGENE HENLEY, JR., et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, hereby advises the Court that the above-captioned case has been assigned to the following Assistant United States Attorney ("AUSA"):

| | Name | E-mail Address |
|---|---|---|
| Newly Assigned AUSA | Jena A. MacCabe | jena.maccabe@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA, Jena A. MacCabe, is associated with this case as

1  attorney of record for plaintiff and that she receives all e-mails
2  relating to filings in this case.
3   Dated: March 20, 2025                Respectfully submitted,
4                                        JOSEPH T. MCNALLY
                                         Acting United States Attorney
5
                                         LINDSEY GREER DOTSON
6                                        Assistant United States Attorney
                                         Chief, Criminal Division
7
8                                              /s/
                                         JENA A. MACCABE
9                                        Assistant United States Attorney

10                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

2